# Ruta Soulios & Stratis LLP

Attorneys and Counselors
211 East 43rd Street
24th Floor
New York, New York 10017
(212) 997-4500

Joseph A. Ruta*  Fax (212) 768-0649  NJ Offices
Steven A. Soulios*  www.Lawnynj.com  101 Town Center Drive
Demetrios K. Stratis+  Suite 111
of counsel  Warren, NJ 07059
Mitchell Lapidus  (908) 769-4250
Jeffrey Jaffe  10-04 River Road
*Member of NY & NJ Bar  Fair Lawn, NJ 07410
+Member of NJ & PA Bar  (201) 794-6200

June 26, 2017

<u>Via ECF</u>

Honorable James L. Garrity
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:   *In Re: Level 8 Apparel, LLC*
            Case No: 16-13164-jlg

Dear Judge Garrity:

    We represent the above captioned debtor. On June 23 we inadvertently filed (Doc# 58) an exhibit to our firms previously filed application for interim compensation (Doc# 48) as a new application. We are hereby withdrawing that document and will refile the exhibit as per the instructions of the court. We apologize for any inconvenience this has caused.

                                  Respectfully yours,

                                  /s/ Steven A. Soulios