# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Date:          May 31, 2018
-----------------------------------------------------------------x
In re:

                                                                    Chapter 11

Level 8 Apparel, LLC,

                                                                    Case No. 16-13164

           Debtor.
-----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Gregory Zipes, Esq., Office of the United States Trustee<br>Jonathan Borg, Esq., counsel for Weihai Textile Group Import & Export Co., Ltd. ("Weihai")<br>Steven Soulios, Esq., counsel for the Debtor |
| Proceedings: | ☒ Status Conference |
| | ☒ Order to Show Cause [ECF No. 95] |
| Orders: | ☒ A status conference will be held on June 12, 2018, at 10:00 a.m. |
| | ☒ On or before June 7, 2018, counsel for the Debtor shall file a letter setting forth the status of the Debtor's case, including, without limitation, (i) discussions with Capstone Capital Group LLC ("Capstone") regarding any exit financing, (ii) the Debtor's timetable for filing a chapter 11 plan and disclosure statement, (iii) confirming that the Debtor has provided copies to the Office of the United States Trustee and counsel for Weihai, of any agreements or other documents the Debtor has with CostCo Wholesale Corporation ("CostCo") and Capstone, and an accounting of the amounts paid to Capstone and/or CostCo under such agreements during the chapter 11 case, (iv) the Debtor's review of proofs of claim filed in this case and an indication of whether the Debtor intends to object to any claims, and if so, the timetable for such objections, (v) an estimate of the estate's administrative expenses, including any professional fees incurred or paid to date, and (vi) discussions with counsel for Weihai regarding the continuation of the appeal of the Weihai litigation. |

- The Order to Show Cause is adjourned to June 12, 2018, at 10:00 a.m.

- On or before June 7, 2018, counsel for the Debtor shall file a response to the Order to Show Cause, including, as necessary, an affidavit addressing factual matters relevant to the resolution of the matters raised by the Court in the Order to Show Cause.

BY THE COURT:

June 6, 2018
New York, New York

/s/ *James L. Garrity, Jr.*

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge